O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY A. M., | Case No. 5:19-CV-02114 PA (KES) |
|---|---|
| Plaintiff, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation (Dkt. 20), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 22). The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 23) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner denying benefits.

DATED: October 14, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE